UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                              CHAPTER 7 CASE

Joseph S Huber                                      CASE NO. 10-42432
Brandan A Huber
            Debtors.                                ORDER
_____

This case came before the court on the motion of Mortgage Electronic Registration Systems, Inc. through its servicing agent US Bank N.A., seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated July 20, 2005, executed by Joseph S Huber and Brandan A Huber, Husband and Wife , recorded on August 15, 2005, as Document No. 596228, covering real estate located in Sherburne County, Minnesota, legally described as:

> See Attached Legal Description
> And commonly known as 23133-185th Street NW, Big Lake, Minnesota 55309

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: June 17, 2010

/e/ Nancy C. Dreher
_____
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/17/2010
Lori Vosejpka, Clerk, by KK

# EXHIBIT A

## Legal Description:

Lot 1, Block 1, Valken Addition, Sherburne County, Minnesota

Together with that part of Valken drive (also known as 185th Street) as shown on the duly recorded plats of Valken Addition, Majestic Ridge and Majestic Ridge Second Addition, Sherburne County, Minnesota, lying North of a line which is 120 feet North of and parallel with the North line of Lot 1, Block 1, said plat of Majestic Ridge Second Addition. Said line is lengthened or shortened to intersect with the East line of said plats of Majestic Ridge and Majestic Ridge Second Addition and the Northwesterly line of said Valken Drive, (also known as 185th Street) and lying East of a line described as follows: Commencing at the Southeast corner of Lot 1, Block 1, said Valken Addition; thence West along the South line of said Lot 1, a distance of 20.00 feet to the corner of said Lot 1 and Lot 2, Block 1, Valken Addition; thence continue West along the South line of said Lot 2, a distance of 2.56 feet to the point of beginning of said line to be described; thence South on the Southerly extension of a line drawn from the angle point on the property line between said Lots 1 and 2 through said point of beginning to said line which is 120 feet North of and parallel with the North line of Lot 1, Block 1, said plat of Majestic Ridge Second Addition and said line there terminating. Said part of Valken Drive having been vacated pursuant to Document No. 386904.

Together with an easement for ingress, egress and maintenance of an existing driveway over and across that part of Lot 2, Block 1, Valken Addition according to the recorded plat thereof, Sherburne County, Minnesota, described as follows: Commencing at the Southeast corner of Lot 1, Block 1, Valken Addition; thence West along the South line of said Lot 1, a distance of 20.00 feet to the corner of said Lot 1 and said Lot 2 being the point of beginning of the easement to be described; thence continue West along the South line of said Lot 2, a distance of 2.56 feet; thence North, a distance of 50.0 feet to the angle point in the property between said Lots 1 and 2; thence South along the property line between said Lots 1 and 2 to the point of beginning.

ABSTRACT PROPERTY.



File No.: 0505047